# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Amilcar Antonio Avalos Ramos, | ) | **Case No: 1:25-cv-10268-AK** |
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Antone Moniz, Superintendent, Plymouth County Correctional Facility, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## JOINT STATUS REPORT

The Parties hereby submit a joint status report to inform the Court of developments in Petitioner's immigration court proceeding.

At the time of filing of the Government's Answer to Petitioner's Petition for Habeas Corpus (Doc. 12), the Government asserted that Petitioner was scheduled for a next immigration court hearing date on March 31, 2025. (Doc. 12-01 at ¶ 18.) That hearing date was vacated, and a new hearing date was scheduled for April 18, 2025. Petitioner appeared at the hearing on April 18 and the immigration judge began hearing testimony on his claims for relief. The immigration judge then scheduled a subsequent evidentiary hearing for June 6, 2025 and took additional testimony at that time. Petitioner also appeared at the June 6 hearing. The immigration judge has now scheduled another hearing for June 27, 2025, to take further testimony.

Petitioner's claims for immigration relief have not yet been adjudicated. As of the date of this status report, Petitioner has been detained by Respondent for 138 days, since January 26, 2025.

Respectfully submitted by the Parties,

| Petitioner, | and Respondent, |
|---|---|
| AMILCAR ANTONIO AVALOS RAMOS | ANTONE MONIZ |
| Through his attorneys, | Through his attorney, |
| */s/ Ethan R. Horowitz* | LEAH B. FOLEY<br>United States Attorney |
| Ethan R. Horowitz, BBO# 674669<br>Northeast Justice Center<br>50 Island Street, Suite 203B<br>Lawrence MA 01840<br>(978) 888-0624<br>ehorowitz@njc-ma.org | By: */s/ Mark Sauter*<br><br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3347<br>Email: mark.sauter@usdoj.gov |
| */s/ Claire Maguire* | |
| Claire Maguire, BBO # 709426<br>Northeast Justice Center<br>181 Union Street, Suite 201B<br>Lynn MA 01901<br>(978) 888-0661<br>cmaguire@njc-ma.org | |

DATED: June 13, 2025

**CERTIFICATE OF SERVICE**

      I, Ethan Horowitz, counsel for Petitioner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any non-registered participants.

*/s/ Ethan R. Horowitz*

                                                                                          DATED: June 13, 2025