UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Amilcar Antonio Avalos Ramos, | ) | **CASE NO: 25-CV-10268-AK** |
| Petitioner, | ) | |
| vs. | ) | |
| Antone Moniz, Superintendent, Plymouth County Correctional Facility, | ) | |
| Respondent. | ) | |

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Having reviewed the papers submitted in the above-captioned matter and having heard argument from the interested parties, the Court grants Petitioner Amilcar Antonio Avalos Ramos's Petition for Writ of Habeas Corpus ("Petition"), Doc No. 1, and issues the following orders:

1. U.S. Immigration and Customs Enforcement ("ICE") shall not re-detain Petitioner unless it has made a fact-based determination that any of the following apply: ICE can remove Petitioner from the United States in the reasonably foreseeable future; Petitioner has engaged in conduct or activity that demonstrates he represents a danger to the community; Petitioner has engaged in conduct or activity that demonstrates he has become a flight risk; or Petitioner has engaged in conduct which otherwise violated the terms of his September 2, 2025 order of supervision such that re-detention is warranted;

2. Should ICE re-detain Petitioner for one of the permissible reasons listed above, it shall file with the Court – within 5 business days of Petitioner's re-detention – the reason(s) for Petitioner's re-detention;

3. The requirements outlined above will remain in effect until the conclusion of Petitioner's pendent removal proceedings, including adjudication of ICE's current appeal before the Board of Immigration Appeals.

| | |
|---|---|
| 10/23/2025 | /s/ Angel Kelley |
| DATE | ANGEL KELLEY, U.S.D.J. |